UNITED STATES BANKRUPTCY COURT

FOR THE

DISTRICT OF VERMONT

In re:

Megan E Becker

Debtor(s)

Case No.: 12-10206

Chapter 13

## NOTICE OF WITHDRAWAL OF APPEARANCE

Donald F. Hayes, Esq, formerly of Obuchowski & Emens-Butler, PC, hereby withdraws his appearance as counsel for Megan E Becker in the above-captioned bankruptcy case and requests that he be removed from the CM/ECF noticing list and any other service list in this case. Raymond J. Obuchowski, Esq., of Obuchowski & Emens-Butler, PC, will continue to represent Megan E Becker in the above-captioned bankruptcy case.

Dated at South Burlington, Vermont this 26th day of February, 2016.

/s/ Donald F. Hayes
Donald F. Hayes, Esq.
Lobe, Fortin, Rees & Cykon, PLC
30 Kimball Ave., Ste. 307
South Burlington, VT 05403
donhayes@greenvt.net
ph: 802-660-9000 x11
fx: 802-864-0375